JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD FAISAL ASHFAQUE,<br>    Plaintiff,<br><br>           v.<br><br>KRISTI NOEM, et al.,<br>    Defendants. | 2:25-cv-00224-DSF-BFMx<br><br>JUDGMENT |

   The Court having dismissed the case for lack of subject matter jurisdiction,

   IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Date:  September 15, 2025

_____
Dale S. Fischer
United States District Judge